UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CEDYCO, CORPORATION** | * | CIVIL ACTION NO. |
| **PLAINTIFF** | * | 2007-3184 |
| | * | |
| **VERSUS** | * | SECTION: "A" |
| | * | JUDGE JAY C. ZAINEY |
| **LOUIS O'NEIL SUARD JR., a/k/a,** | * | |
| **NEIL SUARD, SUARD BARGE** | * | |
| **SERVICE INC., BABY OIL, INC.,** | * | |
| **PREMIER SERVICES, INC., AND** | * | MAGISTRATE: "3" |
| **TEXAS INJECTION, LP** | * | JUDGE DANIEL E. KNOWLES, III |
| | * | |
| **DEFENDANTS** | * | JURY DEMAND |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING** Motion for Extension of Time in Which to Respond to Discovery:

**IT IS HEREBY ORDERED** that plaintiff, CEDYCO Corporation, be granted until February 14, 2008 in which to respond to the Request for Admissions, Interrogatories and Request for Production of Documents propounded by defendants, Louis O'Neil Suard, Jr., Suard Barge Service, Inc., Baby Oil, Inc. Premier Services, Inc., and Texas Injection, LP.

New Orleans, Louisiana, this __12th__ day of ____November____, 2008.

_____
JUDGE DANIEL E. KNOWLES, III

1